LILLIE FRALEY, as Administratrix of the Estate of NATHANIEL FRALEY, Deceased, Respondent, v. HENRY MULLER, JR., Doing Business as MULLER BROS., Defendant, and HENRY FRALEY, Appellant.— Judgment unanimously reversed, with costs to the appellant, and judgment is directed to be entered in favor of the appellant dismissing the complaint herein, with costs. Settle order, with notice to respondent and to the New York City department of welfare and the New York City corporation counsel. Within the language and meaning of section 133 of the Decedent Estate Law, there was no proof of abandonment or neglect to support by the father. The family unit was on relief between 1932 and 1942. Between 1941 and 1947 appellant was hospitalized. At the commencement of the latter period, although separated from his wife, appellant kept decedent with him. As to the issue of abandonment, upon which Special Term did not pass, there was no evidence to support any finding that appellant abandoned his family. Present — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ.

■

In the Matter of 261 BROADWAY CORP., Appellant. A. MICHAEL KATZ et al., Respondents, et al., Tenants.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ. [See 284 App. Div. 845.]

■

IRA KAPLAN, Appellant, v. WINIFRED JAMES, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

■

WILLIAM W. MALLORY et al., as Executors of CHARLES H. MALLORY, Deceased, Appellants, v. ROBERT DE F. BOOMER, Respondent.— It appears that a rather loose and friendly indulgence existed on defendant's part in favor of defendant, but the answering papers neither establish nor indicate any firm agreement making payment of the note in question dependent on the illusory conditions defendant claims or even that such conditions were accepted or observed in periodic payments on the prior notes. Order reversed and the motion directing judgment in favor of the plaintiff granted. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.; Dore and Callahan, JJ., dissent and vote to affirm on the ground that there is a triable issue as to the agreement between the plaintiffs' testator and defendant pursuant to which the note was given.

■

MERCHANTS REFRIGERATING COMPANY, Respondent, and HENRY KAST, INC., Intervener, Respondent, v. 279–281 GREENWICH STREET CORP., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

■

BESSE M. GRAY, Appellant, v. EDWARD E. MILLER, as Ancillary Administrator C. T. A. of CARROLL E. GRAY, Deceased, et al., Respondents.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.